# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **Patricia Eagan, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br>v.<br><br>**Oracle Corporation,**<br>　　　　　　*Defendant* | **Case No. 1:25-cv-01805-ADA-SH** |
| **Adriana M. Brown, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br>v.<br><br>**GlobalLogic, Inc. and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01824-ADA-SH** |
| **Ashley Sainvil, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br>v.<br><br>**GlobalLogic, Inc. and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01854-ADA-SH** |
| **Yerina Hernandez, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br><br>v.<br><br>**Envoy Air Inc. and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01862-ADA-SH** |

1

| | |
|---|---|
| **Danielle Gomez, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br><br>v.<br><br>**LKQ Corporation and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01864-ADA-SH** |
| **Bradlee Wilson, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br>v.<br><br>**David Yurman Enterprises, LLC and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01865-ADA-SH** |
| **Michael Garza, on behalf of himself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br>v.<br><br>**Mastec, Inc. and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01866-ADA-SH** |
| **Lisa Magnusson, on behalf of herself and all others similarly situated,**<br>　　　　　　*Plaintiff*<br>v.<br><br>**GlobalLogic Inc. and Oracle Corporation,**<br>　　　　　　*Defendants* | **Case No. 1:25-cv-01868-ADA-SH** |

| | |
|---|---|
| **Daniel Huntley, individually and on behalf of all others similarly situated,** *Plaintiff* <br> v. <br> **Trimble, Inc. and Oracle Corporation,** *Defendants* | Case No. 1:25-cv-01871-ADA-SH |
| **Mary Jo Baril, et al.,** *Plaintiffs* <br> v. <br> **Oracle Corporation, et al.,** *Defendants* | Case No. 1:25-cv-01873-ADA-SH |
| **Justin Dalton,** *Plaintiff* <br> v. <br> **Rheem Manufacturing Company and Oracle Corporation,** *Defendants* | Case No. 1:25-cv-01893-ADA-SH |
| **Amber R. Woodson, individually and on behalf of all others similarly situated, et al.,** *Plaintiffs* <br> v. <br> **Oracle Corporation, et al.,** *Defendants* | Case No. 1:25-cv-01902-ADA-SH |

| | |
|---|---|
| **Mark Peterson, individually and on behalf of all others similarly situated,**<br>            *Plaintiff*<br>v.<br><br>**The University of Phoenix and Oracle Corporation,**<br>            *Defendants* | **Case No. 1:25-cv-01915-ADA-SH** |
| **Renae Shike, individually and on behalf of all others similarly situated,**<br>            *Plaintiff*<br>v.<br><br>**Oracle Corporation and Abbott Laboratories,**<br>            *Defendants* | **Case No. 1:25-cv-01916-ADA-SH** |
| **Robert Hightower, individually and on behalf of all others similarly situated,**<br>            *Plaintiff*<br>v.<br><br>**Trimble, Inc. and Oracle Corporation,**<br>            *Defendants* | **Case No. 1:25-cv-01921-ADA-SH** |
| **Allan LaMere, individually and on behalf of all others similarly situated, et al.,**<br>            *Plaintiffs*<br>v.<br><br>**Oracle Corporation, et al.,**<br>            *Defendants* | **Case No. 1:25-cv-01923-ADA-SH** |

| | |
|---|---|
| **James Nance, individually and on behalf of all others similarly situated,**<br>          *Plaintiff*<br>v.<br><br>**Oracle Corporation and WP Company LLC,**<br>          *Defendants* | **Case No. 1:25-cv-01924-ADA-SH** |
| **Eric King,**<br>          *Plaintiff*<br>v.<br><br>**Oracle Corporation and Integra LifeSciences Holding Corporation,**<br>          *Defendants* | **Case No. 1:25-cv-01925-ADA-SH** |
| **Jake Peterson on behalf of himself and all others similarly situated,**<br>          *Plaintiff*<br>v.<br><br>**Trimble Inc. and Oracle Corporation,**<br>          *Defendants* | **Case No. 1:25-cv-01927-ADA-SH** |
| **Ivonne Valdes, individually and on behalf of all others similarly situated,**<br>          *Plaintiff*<br>v.<br><br>**Oracle Corporation and Schneider Electric USA, Inc.,**<br>          *Defendants* | **Case No. 1:25-cv-01928-ADA-SH** |

| | |
|---|---|
| **Annette Barnes, individually and on behalf of all others similarly situated,**<br>            *Plaintiff*<br>v.<br><br>**Oracle Corporation and Cox Enterprises,**<br>            *Defendants* | **Case No. 1:25-cv-01935-ADA-SH** |
| **Tonique Proctor, individually and on behalf of all others similarly situated, et al.,**<br>            *Plaintiffs*<br>v.<br><br>**Oracle Corporation,**<br>            *Defendant* | **Case No. 1:25-cv-01939-ADA-SH** |
| **Carol Smouse, individually and on behalf of all others similarly situated,**<br>            *Plaintiff*<br>v.<br><br>**Canon U.S.A., Inc. and Oracle Corporation,**<br>            *Defendants* | **Case No. 1:25-cv-01952-ADA-SH** |
| **Cynthia Smith, individually and on behalf of all others similarly situated, et al.,**<br>            *Plaintiffs*<br>v.<br><br>**Oracle, Corp., et al.,**<br>            *Defendants* | **Case No. 1:25-cv-01964-ADA-SH** |

| | |
|---|---|
| **Andrew Torrente, individually and on behalf of all others similarly situated,**<br>          *Plaintiff*<br>v.<br><br>**Oracle Corporation and Schneider Electric USA,**<br>          *Defendants* | **Case No. 1:25-cv-01960-ADA-SH** |
| **Cynthia Smith, et al., individually and on behalf of all others similarly situated,**<br>          *Plaintiffs*<br>v.<br><br>**Oracle Corporation, et al.,**<br>          *Defendants* | **Case No. 1:25-cv-1964-ADA-SH** |
| **Sarah Brumwell, individually and on behalf of all others similarly situated, et al.,**<br>          *Plaintiffs*<br>v.<br><br>**Oracle Corporation, et al.**<br>          *Defendants* | **Case No. 1:25-cv-01980-ADA-SH** |
| **Linda Curlee, individually and on behalf of all others similarly situated,**<br>          *Plaintiff*<br>v.<br><br>**Oracle Corporation and University of Phoenix, Inc.,**<br>          *Defendants* | **Case No. 1:25-cv-01999-ADA-SH** |

| | |
|---|---|
| **Patty Blount, individually and on behalf of all others similarly situated,**<br>　　　　　*Plaintiff*<br>v.<br><br>**Oracle Corporation and Canon U.S.A., Inc.,**<br>　　　　　*Defendants* | **Case No. 1:25-cv-02003-ADA-SH** |
| **Cindy Volsky, individually and on behalf of all others similarly situated,**<br>　　　　　*Plaintiff*<br>v.<br><br>**Oracle Corporation and Humana Inc.,**<br>　　　　　*Defendants* | **Case No. 1:25-cv-02004-ADA-SH** |
| **Bruce Bennett, individually and on behalf of all others similarly situated,**<br>　　　　　*Plaintiff*<br>v.<br><br>**Oracle Corporation, et al.,**<br>　　　　　*Defendants* | **Case No. 1:25-cv-02006-ADA-SH** |
| **Khianna Parks, on behalf of herself and all others similarly situated,**<br>　　　　　*Plaintiff*<br>v.<br><br>**Envoy Air Inc. and Oracle Corporation,**<br>　　　　　*Defendants* | **Case No. 1:25-cv-02034-ADA-SH** |

| | |
|---|---|
| **Christopher Andrew Daly, III, on behalf of themselves and all others similarly situated, et al.,**<br>             *Plaintiffs*<br>v.<br><br>**Oracle Corporation, et al.,**<br>             *Defendants* | **Case No. 1:25-cv-02039-ADA-SH** |

# ORDER

Now before the Court are Plaintiffs' Motion to Consolidate Actions and Appoint Interim Class Counsel, filed December 11, 2025 (Dkt. 8), and Defendant Oracle Corporation's Response, filed December 16, 2025 (Dkt. 9).[1]

The Court will hold a hearing on Plaintiffs' Motion by Zoom at **10 a.m. CST Friday, December 19, 2025**. Counsel of record will receive a link to the hearing by email from Courtroom Deputy Kyra Kelley, Kyra_Kelley@txwd.uscourts.gov. Counsel are asked to forward a copy of this order to any other attorneys who should be notified of the hearing.

**SIGNED** on December 18, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 3).